**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**



**MINUTE SHEET**
**OF COURT PROCEEDINGS**

| | | | |
|---|---|---|---|
| Date: | 5/19/2026 | Type of Hearing: | Motion Hearing |
| Judge: | Tilman E. Self, III | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Vanessa Siaca | | |
| Courtroom: | C | | |

**Case Number:  3:25-cr-00010-009 (TES)**

| | | | |
|---|---|---|---|
| USA | | Counsel: | Mike Morrison |
| v. | | | |
| Gregory Robinson | | Counsel: | Leslie Jones |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 1 hour and 25 minutes**

| | |
|---|---|
| 2:04pm | Called to order.  Examination of Investigator Tyrone Brooks Craig by Mike Morrison re **[383] Motion to Suppress.** |
| 2:29pm | Cross examination of Investigator Tyrone Brooks Craig by Leslie Jones. |
| 2:50pm | Redirect by Mike Morrison. |
| 2:51pm | Recross by Leslie Jones. |
| 2:52pm | The Court heard final arguments from the parties regarding Motion [383]. |
| 2:54pm | The Court finds that a violation occurred during the traffic stop, the search was legal and as well as the traffic stop**. [383] Motion to Suppress is DENIED.** |
| 2:58pm | **[384] Motion to Suppress (Telephone).**  The Court heard arguments from the parties. |
| 3:02pm | The Court finds the search warrant is sufficient. **[384] Motion to Suppress is DENIED.** |
| 3:04pm | **[385] Motion to Suppress is DENIED as moot.** |
| 3:05pm | Examination of Investigator Tyrone Brooks Craig by Mike Morrison re **[386] Motion to Suppress.** |
| 3:14pm | Cross examination of Investigator Tyrone Brooks Craig by Leslie Jones. |
| 3:16pm | The Court heard final arguments from the parties regarding [386] Motion to Suppress. |

USA v. GREGORY ROBINSON
3:25-cr-00010-009
Page 2

| | |
|---|---|
| 3:23pm | After reviewing the evidence, the Court finds that the search was legal. **[386] Motion is DENIED.** |
| 3:25pm | Trial is set to start on June 29, 2026.  The Government will get 8 strikes and Defense 10 strikes. |
| 3:29pm | Adjourned. |