**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIM. NO. 3:25-CR-10** |
| **v.** | : | |
| | : | |
| **GREGORY ROBINSON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER AUTHORIZING THE DISBURSEMENT OF SEIZED FUNDS FOR COURT-APPOINTED COUNSEL**

This matter comes before the Court on the Government's motion seeking authorization to use funds seized from Defendant Gregory Robinson, which are currently held by the United States Marshals Service, to pay for Defendant Robinson's court-appointed counsel.

Defendant Robinson was arrested on February 27, 2025, at his residence in Athens, Georgia. During the arrest, officers seized $8,397.00 in U.S. currency which they believed to be proceeds from illegal narcotics sales. On May 14, 2025, Robinson was indicted on multiple drug and firearm offenses. Doc. 1. The Court found Robinson indigent and appointed attorney Leslie Spornberger Jones to represent him. Doc. 106.

Robinson's trial began on June 29, 2026, and concluded on July 8, 2026. Attorney Jones represented him skillfully, and Robinson was acquitted of two of the seven charges. Doc. 493.

On July 13, 2026, the United States filed a Motion for an Order Authorizing the Distribution of Seized Funds for Payment and Compensation of Court-Appointed

Counsel. Doc. 489. Defendant filed an opposition. Doc. 516. The Court heard arguments from both parties on October 1, 2026. After reviewing the filings, arguments, and the authority set forth in 18 U.S.C.A. § 3006A(f), the Court hereby finds that the Government's motion is **GRANTED**.

The seized funds—$8,397.00—are held by the United States Marshals Service. Because the Court now finds that Defendant has the financial means to pay a portion of his representation costs, the Court determines that the interests of justice are best served by releasing these funds to the U.S. Treasury to offset attorney's fees and expenses incurred in providing court-appointed counsel.

**IT IS THEREFORE ORDERED** that the United States Marshal Service disburse $8,397.00 from the seized funds to the Administrative Office of the United States Courts for credit to the Defender Services Appropriation as reimbursement for attorney's fees and expenses related to Defendant Gregory Robinson's court-appointed representation.[1]

**SO ORDERED,** this 2nd day of October, 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

***/s/ Michael Morrison***
Michael Morrison
Assistant U.S. Attorney

[1] The Clerk of Court will provide coordinating information to the United States Marshals Service to facilitate the funds transfer.